UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

CLASEN QUALITY CHOCOLATE INC.,

          Plaintiff,

                                     Case No.

   v.

KSW GLOBAL, LLC,

          Defendant.

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, for the reasons set forth below, Defendant KSW Global, LLC ("KSW" or "Defendant"), by and through its attorneys, Godfrey & Kahn, S.C, files this Notice of Removal to remove this action from the Circuit Court of the State of Wisconsin, Dane County ("State Court"), to the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. §§ 1441(b) and 1446.

In support of this Notice of Removal, KSW states as follows:

1. On July 16, 2026, Plaintiff Clasen Quality Chocolate Inc. ("CQC" or "Plaintiff") filed a Complaint in the Circuit Court of the State of Wisconsin, Dane County, against KSW at Index No. 2026CV002302 (the "Complaint"). A true and correct copy of the Summons and Complaint is attached hereto as **Exhibit 1**. All other process, pleadings, and orders filed in this matter filed in the Circuit of the State of Wisconsin, Dane County, are attached hereto as **Exhibit 2**.

2. KSW received service of process on July 20, 2026, through KSW's registered agent. (Ex. 1).

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a), as the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.

4.  Plaintiff is a citizen of Wisconsin.  It is both incorporated in Wisconsin and its principal place of business is in Wisconsin.  (Ex. 1, ¶ 1).

5.  KSW is a limited liability company domiciled in the State of Missouri.  KSW has the following members:

a.  K. Scott Walker Revocable Trust Under Trust Agreement Dated December 12, 2026.

i.  Scott Walker is a citizen of the State of Missouri.

ii.  The Trust is a Missouri Trust.

b.  Amplifi Capital Corp, a Delaware entity with its principal place of business in Nebraska.

c.  Nathan Bell, an individual who is a citizen of Missouri.

6.  No member of KSW is a citizen of the State of Wisconsin.

7.  Plaintiff seeks to recover approximately $40 million from an alleged breach of contract and alleged breach of warranty, along with consequential damages, interest, and attorneys' fees.  As such, the amount in controversy exceeds $75,000.  (Ex. 1, ¶ 34, WHEREFORE clause (a)-(c)).

8.  Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after the first service of the Complaint on July 20, 2026, which is the initial pleading setting forth the claims for relief upon which this civil action is based.

9.  Venue lies in the United States District Court for the Western District of Wisconsin pursuant to 28 U.S.C. § 1446(a) since the original State Court action was filed within this district.

10.  Defendant will promptly give written notice to Plaintiff of its filing of this Notice of Removal pursuant to 28 U.S.C. § 1446(b) and shall file a copy of the Notice of Removal with

the Clerk of the Circuit Court of the State of Wisconsin, Dane County, pursuant to 28 U.S.C. § 1446(d).  A copy of the Notice of Filing Notice of Removal (without exhibits thereto) filed in the Circuit Court of the State of Wisconsin, Dane County, is attached hereto as **Exhibit 3**.

      **WHEREFORE**, KSW, hereby removes this matter from the Circuit Court of the State of Wisconsin, Dane County to the United States District Court for the Western District of Wisconsin.

      Dated this 7th day of August, 2026.

GODFREY & KAHN, S.C.


By:  **s/ Mark O. Thomson**
    David R. Konkel
    State Bar No. 1097244
    Mark O. Thomson
    State Bar No. 1120598

Attorneys for Defendant KSW Global, LLC

P.O. ADDRESS:
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Phone:  414-273-3500
Fax:  414-273-5198
dkonkel@gklaw.com
mthomson@gklaw.com

3

38898853.1